AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ROSE N., | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, |  |
| *Defendant* |  |

Civil Action No.   2:22-CV-0218-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 34) is GRANTED. The Commissioner of Social Security is directed to pay EAJA fees in the amount of $15,248.03 for attorney's fees to the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   THOMAS O. RICE _____

Date:  06/11/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*